

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00238-CV

| | | |
|---|---|---|
| BAYLOR ALL SAINTS MEDICAL CENTER D/B/A BAYLOR SCOTT & WHITE ALL SAINTS MEDICAL CENTER-FORT WORTH, Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-295239-17) |
| V. | | |
| | § | January 24, 2019 |
| WANDA DEXTER, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF MARLA JO VORHIES, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Baylor All Saints Medical Center d/b/a Baylor Scott & White All Saints Medical Center-Fort Worth shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
       Justice Wade Birdwell